NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>NEVADA, STATE OF; JUVENILE FOSTER HOME PLACEMENT; CHILD PROTECTION SERVICES; CLARK COUNTY MUNICIPALITY DISTRICT; TICK SEGERBLOOM; MARIYLYN KIRKPARTICK,<br><br>    Defendants-Appellees. | No. 22-15342<br><br>D.C. No. 3:20-cv-00113-RCJ-CSD<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Nevada
Robert Clive Jones, District Judge, Presiding

Submitted June 26, 2023[**]

Before: CANBY, S.R. THOMAS, and CHRISTEN, Circuit Judges.

 Kentrell D. Welch appeals pro se from the district court's judgment

dismissing his 42 U.S.C. § 1983 action alleging that he was abused while in foster

---

 [*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

 [**] The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

care. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal for failure to state a claim under 28 U.S.C. § 1915A. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000). We affirm.

The district court properly dismissed Welch's action because Welch failed to allege facts sufficient to state a plausible claim. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678, 681 (2009) (a claim has facial plausibility when the plaintiff pleads factual content allowing a reasonable inference that a defendant is liable for the misconduct alleged; conclusory allegations are not entitled to the presumption of truth); *see also West v. Atkins*, 487 U.S. 42, 48 (1988) ("To state a claim under § 1983, a plaintiff must . . . show that the alleged deprivation was committed by a person acting under color of state law."); *Castro v. County of Los Angeles*, 833 F.3d 1060, 1073-76 (9th Cir. 2016) (en banc) (discussing requirements to establish municipal liability under *Monell v. Department of Social Services*, 436 U.S. 658 (1978)).

All pending motions are denied.

**AFFIRMED.**